NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAHEE A. RASHEED, | ) | No. C 09-05866 JF (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| vs. | ) | |
| ATTORNEY GENERAL, et al., | ) | |
| Defendant(s). | ) | |

Plaintiff, a state prisoner, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On January 14, 2010, Plaintiff notified the Court that the complaint is a duplicate of one previously filed under case number C 09-05793 JF (PR), which is currently pending in this Court. Plaintiff states that the complaint was mailed by mistake. (See C 09-05793 JF (PR), Docket No. 5.) Accordingly, Plaintiff's complaint is DISMISSED as duplicative .

The Clerk shall terminate all pending motions as moot.

IT IS SO ORDERED.

DATED: 1/28/10

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Rasheed05866_dism-dupl.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TAHEE ABDULLAH RASHEED,

        Plaintiff,

  v.

ATTORNEY GENERAL, et al.,

        Defendants.
                                 /

Case Number: CV09-05866 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 1/28/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tahee Abdullah Rasheed J74120
Folsom State Prison
Represa, CA 95671-0066

Dated: 1/28/10

                                        Richard W. Wieking, Clerk